United States District Court
Southern District of Texas
**ENTERED**
November 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FIDEL CORTEZ, JR., | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00266 |
| HOME DEPOT U.S.A, INC., | § § § | |
| Defendant. | § | |

### **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Dismissal (D.E. 6), the Court enters final judgment dismissing this action without prejudice.

**ORDERED** on November 8, 2023.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE